UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER PARK,

                Plaintiff,

v.

NANCY A BERRYHILL,

                Defendant.

CASE NO. 3:17-CV-5613 JRC

ORDER DIRECTING PLAINTIFF TO PROVIDE SUPPORTING DOCUMENTATION FOR A MOTION FOR ATTORNEY'S FEES

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 1; Consent to Proceed Before a United States Magistrate Judge, Dkt. 2. This matter is before the Court on Plaintiff's Stipulated Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412(d). Dkt. 21.

An application for attorney's fees under the EAJA must include "an itemized statement from any attorney . . . stating the actual time expended and the rate at which fees and other expenses were computed." 28 U.S.C. § 2412(d)(1)(B). An application for fees payable directly

to a plaintiff's attorney must include an assignment of the EAJA fee award from the plaintiff to his or her attorney. *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010).

Plaintiff did not submit to the Court a copy of a fee agreement or other assignment of plaintiff's interest in the attorney's fee award to her attorney. Plaintiff also did not submit an itemized statement of time expended and the rate at which fees were computed.

Plaintiff is hereby ordered to provide to the Court: 1) an itemized statement stating the actual time expended and the rate at which fees and other expenses were computed; and 2) a copy of a fee agreement, an affidavit, a declaration, or other assignment of plaintiff's interest in the attorney's fee award to his attorney by September 25th, 2018. The Court will consider plaintiff's motion when these items have been filed.

Dated this 11th day of September, 2018.

J. Richard Creatura
United States Magistrate Judge